IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-171-FDW-DCK

| | | |
|---|---|---|
| MARK MULLADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN THOMAS GREENE, and | ) | |
| DISCOVER BANK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Reconsider Courts Order Granting Time Extension" (Document No. 9) filed March 18, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

The instant motion contends that the extension of time allowed by the Court on March 13, 2023, for Defendant Discover Bank to file an Answer, or otherwise respond to Plaintiff's Complaint, "does not align with the established procedural rules and principles of due process." (Document No. 9, p. 1). The undersigned has reviewed "Defendant Discover Bank's Motion for Extension Of Time To Respond to Complaint" (Document No. 6) and the Court's "Order" (Document No. 8) allowing the requested relief, with modification.

In short, the undersigned respectfully disagrees with Plaintiff's position. Moreover, the undersigned is not persuaded that allowing Defendant Discover Bank twenty (20) additional days

to file an Answer will cause Plaintiff any prejudice or "undermine the integrity of the procedural requirements." (Document No. 9, p. 1). The undersigned is satisfied that it was in the best interests of justice, efficient case management, and judicial economy, to allow Defendant Discover Bank a brief extension of time to answer Plaintiff's Complaint.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Reconsider Courts Order Granting Time Extension" (Document No. 9) is **DENIED**.

**SO ORDERED**.

Signed: March 18, 2024

David C. Keesler
United States Magistrate Judge